**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **COVENANT CAPITAL PARTNERS, et al.,** § § § | |
| Plaintiffs, § | |
| v. § | **CIVIL ACTION NO. 3:06-CV-0399-O** |
| § | |
| **SOIL SAVERS, INC., et al.,** § § | |
| Defendants. § § | |

## FINAL JUDGMENT

The Court has entered its Memorandum Opinion and Order finding Defendants Soil Savers, Inc. and Larry T. Johnson liable to Plaintiffs. *See* Doc. # 99.

It is therefore **ORDERED, ADJUDGED and DECREED** that Plaintiffs recover actual damages from Defendants Soil Savers, Inc. and Larry T. Johnson in the amount of $2,496,000.00; pre-judgment interest in the amount of $336,550.82; attorneys fees in the amount of $206,870.00; costs in the amount of $48,566.85; and post judgment interest at the rate of 1.24% as provided by 28 U.S.C. §1961.

**SO ORDERED on this 13th day of November, 2008.**

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**